THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., | CASE NO. C22-0507-JCC |
| Plaintiff, | ORDER |
| v. | |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the report and recommendation ("R&R") of U.S. Magistrate Judge David W. Christel (Dkt. No. 2). Having reviewed the R&R, and there being no objections, the Court hereby finds and ORDERS that:

1. The Court ADOPTS the R&R.
2. Plaintiff's complaint (Dkt. No. 1-1), and this action, are DISMISSED without prejudice.
3. The Clerk is DIRECTED to close this case and send copies of this Order to Petitioner and to the Hon. David W. Christel.

//
//
//

ORDER
C22-0507-JCC
PAGE - 1

1 | DATED this 17th day of May 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C22-0507-JCC
PAGE - 2